# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.  07-03003-01-CR-S-RED |
| | ) | |
| JOSEPH MEHL, | ) | |
| | ) | |
| Defendant . | ) | |

## REPORT AND RECOMMENDATION

On July 20, 2007, counsel for defendant filed a motion to reevaluate defendant's mental capacity to stand trial.  Thereafter, on July 23, 2007, pursuant to 18 U.S.C. §§ 4241 and 4242, the evaluation was ordered .  The evaluation was conducted at the United Stated Medical Center, Springfield, Missouri,  and a psychological report was filed with the Court on October 22, 2007. The matter was called for a hearing.  The defendant appeared in person and with counsel.  There was no evidence presented, other than the report previously mentioned above.   The mental health experts at the United States Medical Center concluded that the defendant is not suffering from a mental disease or defect  rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  It is therefore

RECOMMENDED that the defendant be declared competent to stand trial.

    /s/ James C. England
**JAMES C. ENGLAND,  CHIEF**
**UNITED STATES MAGISTRATE JUDGE**

Date: November 5, 2007